**Robert L. LEHN, Relator,**

v.

**INDEPENDENT SCHOOL DISTRICT # 281 and Self–Insured/Berkley Administrators, Respondents.**

No. C8-98-671.

Supreme Court of Minnesota.

June 30, 1998.

Charles M. Cochrane, Cochrane Law Office, P.A., Roseville, for relator.

---

Eric J. Magnuson, Leslie M. Altman, John J. Wackman, Rider, Bennett, Egan & Arundel, LLP, Minneapolis, for respondents.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 19, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ <u>Kathleen A. Blatz</u>
Kathleen A. Blatz
Chief Justice